**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JAMES EDWARD SCOTT III, | Case No. 3:26-CV-00046-CLB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTIONS FOR USM-285 FORMS AND FOR EXTENSION OF DEADLINE FOR SERVICE** |
| v. | |
| DAVITA, INC, *et al.*, | [ECF Nos. 6, 7] |
| Defendants. | |

Before the Court is Plaintiff James Edward Scott III's ("Scott") motion for provision of USM-285 forms, (ECF No. 6), and motion for extension of time to serve Defendants in this case. (ECF No. 7.) However, Scott has also filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 5.)

Prior to ordering service on any Defendant, the Court is required to screen an *in forma pauperis* complaint to determine whether dismissal is appropriate under certain circumstances. *See Lopez v. Smith*, 203 F.3d 1122, 1126 (9th Cir. 2000) (en banc) (noting the *in forma pauperis* statute at 28 U.S.C. § 1915(e)(2) requires a district court to dismiss an *in forma pauperis* complaint for the enumerated reasons). Such screening is required **before** a litigant proceeding *in forma pauperis* may proceed to serve a pleading. *Glick v. Edwards*, 803 F.3d 505, 507 (9th Cir. 2015).

As the Court has not yet screened Scott's complaint, his motions for USM-285 forms and for extension of the deadline to complete service of process are premature. Consequently, both motions, (ECF Nos. 6, 7), are **DENIED**.

**IT IS SO ORDERED.**

**DATED**: February 11, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**